# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMINATA MANSARAY, on behalf of herself and all others similarly situated, and ABDUL MAJID KAMARA, individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>TD BANK, N.A.,<br><br>*Defendant.* | Case No. 2:22-cv-5039-AB |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS SETTLEMENT AND DIRECTING NOTICE TO SETTLEMENT CLASS MEMBERS

Plaintiff Aminata Mansaray, pursuant to FED. R. CIV. P. 23(e), respectfully moves this Honorable Court for an Order preliminarily approving the parties' Settlement and directing notice thereof to Settlement Class Members.[1] She submits the attached memorandum of law and its exhibits in support whereof and requests that this Court grant the instant motion and enter the proposed Order attached.

Dated:   October 18, 2024

Respectfully submitted,

AMINATA MANSARAY, and on behalf of herself and the Settlement Class,

*/s/James A. Francis*
James A. Francis
John Soumilas
Jordan M. Sartell (admitted *pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510

---

[1] Capitalized terms are defined in Section II of the parties' Settlement Agreement and Release ("Agreement"), which is attached to Plaintiff's memorandum of law as Exhibit 1.

Philadelphia, PA 19103
(215) 735-8600
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
jsartell@consumerlawfirm.com

*Attorneys for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused the foregoing document and the referenced exhibits to be filed with the court's CM/ECF system, which will send notice thereof to all counsel of record.

Dated:    October 18, 2024        */s/James A. Francis*
                                  James A. Francis