# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMINATA MANSARAY, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TD BANK, N.A.,<br><br>*Defendant.* | Case No. 2:22-cv-5039-AB |

## PLAINTIFF'S MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Aminata Mansaray, pursuant to FED. R. CIV. P. 23(e), respectfully moves this Honorable Court for final approval of the parties' settlement.[1]

In support whereof, she submits the attached memorandum of law and its exhibits and requests that this Court grant the instant motion and enter the proposed Order attached.

Dated: April 14, 2025

Respectfully submitted,

AMINATA MANSARAY, and on behalf of herself and the Settlement Class,

*/s/James A. Francis*
James A. Francis
John Soumilas
Jordan M. Sartell (admitted *pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
jfrancis@consumerlawfirm.com

---

[1] Capitalized terms are defined in Section II of the parties' Settlement Agreement and Release ("Agreement"), which is attached to Plaintiff's memorandum of law as Exhibit 1.

2

jsoumilas@consumerlawfirm.com
jsartell@consumerlawfirm.com

*Attorneys for Plaintiff and the
Settlement Class*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused the foregoing document and the referenced exhibits to be filed with the court's CM/ECF system, which will send notice thereof to all counsel of record.

Dated:  April 14, 2025        */s/James A. Francis*
                             James A. Francis